United States Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT WASHINGTON

| | | |
|---|---|---|
| **JEFFREY IWINSKI,** | ) | |
|     **Plaintiff** | ) | No. **C05-5250RJB** |
| **v.** | ) | |
| | ) | **ORDER** |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner of Social Security,** | ) | |
|     **Defendant.** | ) | |

Pursuant to the parties' stipulated motion, it is hereby ordered that the scheduling order be amended so that Plaintiff's opening brief is due on August 4, 2005, Defendant's response is due on September 5, 2005, and Plaintiff's reply brief is due on September 19, 2005.

Dated this 21st day of July, 2005.

*/s/ J. Kelley Arnold*
Magistrate Judge J. Kelley Arnold

ORDER