UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY T. IWINSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5250RJB<br><br><br><br><br>ORDER |

    Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including September 27, 2005, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including October 18, 2005, to file Plaintiff's Reply Brief.

    DATED this 7th day of September, 2005.

                                                    /s/ J. Kelley Arnold

Page 1    ORDER- [C05-5250RJB]

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:       206-615-2531
carol.a.hoch@ssa.gov