UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY IWINSKI, | Civil No. C05-5250RJB |
| Plaintiff, | |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ORDER |
| Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings.  Upon remand, the Administrative Law Judge (ALJ) will obtain a consultative mental status evaluation, and then further consider and evaluate Plaintiff's alleged mental impairment, using the special technique described in the regulations.  The ALJ will also re-evaluate the evidence of record, due to the additional evidence. The ALJ will address Plaintiff's alleged impairments, including his alleged headaches, and his subjective complaints.  The ALJ will also further consider the lay witness testimony,

Page 1      ORDER- [C05-5250RJB]

providing germane reasons for any lay testimony that is rejected. The ALJ will obtain supplemental vocational expert testimony, and issue a new decision.

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

DATED this 22nd day of September, 2005.

/s/ Robert J. Bryan
Robert J. Bryan
United States District Judge

Recommended for Entry:

 /s/ J. Kelley Arnold
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ CAROL A. HOCH   WSB # 9289
Special Assistant U.S. Attorney
Attorney for Defendant
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Phone:  206-615-2684
Fax:    206-615-2531
carol.hoch@ssa.gov

Page 2     ORDER- [C05-5250RJB]